**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE IGLOO PRODUCTS COOLER RECALL LITIGATION | ) | C.A. No. 1:25-cv-00298-JLH CONSOLIDATED |
| ANTHONY ZANNETTINO, KATHRYN TRAINOR, ROBERT CASTELLANO, AND VY NGUYEN<br><br>Plaintiffs<br><br>v.<br><br>IGLOO PRODUCTS CORP.,<br><br>Defendant | ) | C.A. No. 1:25-cv-00744-JLH |

**STIPULATION AND [PROPOSED] ORDER REGARDING CONSOLIDATION, APPOINTMENT OF INTERIM CLASS COUNSEL, AND CONTINUING DEFENDANT'S RESPONSIVE DEADLINE**

WHEREAS, on June 6, 2025, plaintiffs Kelsea Holton, Luis Miranda, and Kristen Riffle ("*Holton* Plaintiffs") filed a Consolidated Class Action Complaint (D.I. 26);

WHEREAS, the deadline for defendant Igloo Products Corp. ("Defendant") to respond to the Consolidated Class Action Complaint is July 7, 2025 (D.I. 18, D.I. dated June 6, 2025);

WHEREAS, pending in the U.S. District Court for the Central District of California was a related, consolidated putative class action filed by Plaintiffs Anthony Zannettino, Kathryn Trainor, Robert Castellano, and Vy Nguyen ("*Zannettino* Plaintiffs") against Defendant, captioned *Zannettino v. Igloo Products Corp.*, Case No. 2:25-cv-01917-MWF-JC ("*Zannettino* Action");

WHEREAS, on June 17, 2025, the related, consolidated *Zannettino* Action was transferred via stipulation to this Court and assigned to the Honorable Jennifer Hall, Case No. 1:25-cv-00744-JLH;

WHEREAS, the parties in both actions have conferred regarding initial case management issues concerning consolidation, the appointment of interim counsel pursuant to Fed. R. Civ. P. 23(g), the filing of an amended consolidated complaint, and Defendant's deadline to respond;

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their undersigned counsel, and subject to the approval of the Court, as follows:

1. All current responsive deadlines in the *In re Igloo* matter and in the *Zannettino* Action are vacated, with new deadlines to be set consistent with the steps described in items 2-7 below.
2. The recently-transferred *Zannettino* Action should be consolidated for all purposes pursuant to Fed. R. Civ. P. 42, with the case file for the consolidated proceedings maintained under C.A. No. 1:25-cv-00298-JLH CONSOLIDATED.
3. The *Holton* and *Zannettino* Plaintiffs shall file any stipulation or motions for interim class counsel pursuant to Fed. R. Civ. P. 23(g) within 14 days after entry of an order granting this stipulation. In order to expedite the proceedings, Plaintiffs agree to waive opposition and reply briefing on any Rule 23(g) motions for appointment as interim class counsel. By agreeing to this stipulation, Defendant does not waive any arguments or defenses concerning any issue, including whether appointment is warranted or concerning adequacy of counsel.
4. Within 14 days after an order appointing interim lead counsel, Plaintiffs will file either an amended consolidated complaint or provide notice that they do not intend to amend at this time.
5. Defendant's deadline to respond will be 30 days after the filing of an amended complaint or notice concerning non-amendment.

6. Plaintiffs will have 30 days to file opposition(s) to any Rule 12 motion(s) that Defendant files pursuant to the above schedule.

7. If any deadline falls on a weekend or holiday, it will be continued to the next business day.


*/s/ R. Grant Dick IV*
R. Grant Dick IV (#5123)
Kevin D. Levitsky (#7228)
COOCH AND TAYLOR, P.A.
1000 N. West Street, Suite 1500
Wilmington, DE 19801
Telephone: 302-984-3867
gdick@coochtaylor.com
klevitsky@coochtaylor.com

Yeremey O. Krivoshey (admitted *pro hac vice*)
SMITH KRIVOSHEY, PC
166 Geary Street, Suite 1500-1507
San Francisco, CA 94108
Tel.: 415-839-7077
yeremey@skclassactions.com

Joel D. Smith (admitted *pro hac vice*)
SMITH KRIVOSHEY, PC
867 Boylston Street 5th Floor #1520
Boston, MA 02116
Tel.: 617-377-7404
joel@skclassactions.com

Kevin Laukaitis
Daniel Tomascik
LAUKAITIS LAW LLC
954 Avenida Ponce De Leon, St. 205, #10518
San Juan, Puerto Rico 00907
Tel.: (215) 789-4462
klaukaitis@laukaitislaw.com
dtomascik@laukaitislaw.com

Mason A. Barney
Leslie L. Pescia
SIRI | GLIMSTAD LLP
745 Fifth Avenue, Suite 500

Respectfully submitted,
*/s/ Nathan Barillo*
Kaan Ekiner (#5607)
Nathan Barillo (#5863)
COZEN O'CONNOR
1201 North Market Street, Suite 1001
Wilmington, DE 19801
Tel.: (302) 295-2046
kekiner@cozen.com
nbarillo@cozen.com

Erica Rutner (admitted *pro hac vice*)
COZEN O'CONNOR
1801 North Military Trail, Suite 200
Boca Raton, FL 33431
Tel.: (561) 245-6120
erutner@cozen.com

*Attorneys for Defendant*

New York, NY 10151
Tel. (main): 212-532-1091
mbarney@sirillp.com
lpescia@sirillp.com A

*Attorneys for Holton Plaintiffs*

/s/ *Zhao (Ruby) Liu*
Zhao (Ruby) Liu (# 6436)
THE ROSNER LAW GROUP LLC
824 N. Market Street, Suite 810
Wilmington, DE 19801
Tel: (302) 777-1111
E-mail: liu@teamrosner.com

Christina Tusan (admitted *pro hac vice*)
**TUSAN LAW, PC**
680 East Colorado Boulevard, Suite 180
Pasadena, CA 91101
Telephone: (626) 418-8203
Email: *ctusan@ctusanlaw*.com

Matthew B. George (admitted *pro hac vice*)
**KAPLAN FOX & KILSHEIMER LLP**
1999 Harrison Street, Suite 1501
Oakland, CA 94612
Telephone: (415) 772-4700
Facsimile: (415) 772-4707
Email: *mgeorge@kaplanfox.com*

*Attorneys for Zannettino Plaintiffs*

Dated: June 30, 2025

SO ORDERED THIS _______ day of ___________________________________, 2025.

_________________________________________
The Honorable Jennifer L. Hall