# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **IN RE IGLOO PRODUCTS COOLER RECALL LITIGATION** | Civil Action No.: 1:25-cv-00298-JLH-EGT<br><br>CONSOLIDATED |

## STIPULATION AND [PROPOSED] ORDER REGARDING PENDING MOTIONS

WHEREAS, Plaintiffs filed the Consolidated Class Action Complaint ("Consolidated Complaint") on October 21, 2025 (D.I. 58);

WHERAS, Defendant Igloo Products Corporation ("Defendant") filed its Motion to Dismiss Consolidated Class Action Complaint (ECF No. 62) and Motion to Strike Nationwide Class Allegations Pursuant to Rule 23(d)(1)(D) (ECF No. 64) on November 20, 2025;

WHEREAS, although the parties previously stipulated to a briefing schedule on Defendant's anticipated motion to dismiss that was subsequently entered by the Court, the stipulation did not include a deadline for Defendant's reply in support of the motion to dismiss and permitted the Plaintiffs' thirty (30) days to respond to Defendant's Motion to Dismiss Consolidated Class Action Complaint;

WHEREAS, the parties further stipulated, and the Court did order, Defendant's reply to be filed twenty-one (21) days after Plaintiffs' opposition (ECF No. 60);

WHEREAS, the Court's orders have not contemplated Defendant's Motion to Strike Nationwide Class Allegations, and did not designate dates to the corresponding deadlines;

1

WHEREAS, so there is no confusion, the parties have conferred and have agreed that Plaintiffs' response to both Motion to Dismiss Consolidated Class Action Complaint (ECF No. 62) and Motion to Strike Nationwide Class Allegations Pursuant to Rule 23(d)(1)(D) (ECF No. 64) are due December 22, 2025, and any replies filed by Defendant are due January 12, 2026.

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that:

1) Plaintiffs' oppositions to Motion to Dismiss Consolidated Class Action Complaint (ECF No. 62) and Motion to Strike Nationwide Class Allegations Pursuant to Rule 23(d)(1)(D) (ECF No. 64) are due December 22, 2025; and

2) Defendant's replies in support of Motion to Dismiss Consolidated Class Action Complaint (ECF No. 62) and Motion to Strike Nationwide Class Allegations Pursuant to Rule 23(d)(1)(D) (ECF No. 64) are due January 12, 2026.

Dated: December 3, 2025

| THE ROSNER LAW GROUP LLC | COZEN O'CONNOR |
|---|---|
| /s/ *Zhao Liu* | /s/ *Kaan Ekiner* |
| Frederick Brian Rosner (#3995) | Hugh J. Marbury (#7427) |
| Zhao (Ruby) Liu (#6436) | Kaan Ekiner (#5607) |
| 824 Market Street, Suite 810 | 1201 North Market Street, Suite 1001 |
| Wilmington, DE 19801 | Wilmington, Delaware 19801 |
| (302) 777-1111 | (302) 295-2046 |
| rosner@teamrosner.com | kekiner@cozen.com |
| liu@teamrosner.com | hmarbury@cozen.com |
| | |
| *Plaintiffs' Delaware Counsel* | Erica Rutner (*pro hac vice*) |
| | Michael Puretz (*pro hac vice*) |
| TUSAN LAW, PC | 1801 N Military Trail, Suite 200 |
| Christina Tusan (pro hac vice) | Boca Raton, Florida 33431 |
| Adrian Barnes (pro hac vice) | (561) 245-6120 |
| 680 E. Colorado Blvd. #180 | erutner@cozen.com |
| Pasadena, CA 91101 | mpuretz@cozen.com |
| Telephone: (626) 418-8203 | |
| Facsimile:  (626) 619-8253 | John A. Bertino (pro hac vice) |

| | |
|---|---|
| ctusan@ctusanlaw.com<br>abarnes@ctusanlaw.com<br><br>KAPLAN FOX & KILSHEIMER LLP<br>Matthew B. George (*pro hac vice*)<br>Laurence D. King (*pro hac vice*)<br>Clarissa R. Olivares (*pro hac vice*)<br>Walter Howe (*pro hac vice*)<br>1999 Harrison Street, Suite 1501<br>Oakland, CA 94612<br>Telephone: (415) 772-4700<br>Facsimile:  (415) 772-4707<br>mgeorge@kaplanfox.com<br>lking@kaplanfox.com<br>colivares@kaplanfox.com<br>whowe@kaplanfox.com<br><br>*Interim Co-Lead Class Counsel* | 2001 M Street NW, Suite 500<br>Washington, DC 20036<br>(202) 912-4881<br>jbertino@cozen.com<br><br>*Attorneys for Defendant*<br>*Igloo Products Corp.* |

SO ORDERED this _____ day of December 2025.


_____
UNITED STATES MAGISTRATE JUDGE

4903-5061-3374, v. 1