IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **IN RE IGLOO PRODUCTS COOLER RECALL LITIGATION** | Civil Action No.: 1:25-cv-00298-JLH-EGT<br><br>CONSOLIDATED |

**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME FOR DEFENDANT'S REPLY IN SUPPORT OF MOTIONS TO DISMISS AND STRIKE**

WHEREAS, Plaintiffs filed the Consolidated Class Action Complaint ("Consolidated Complaint") on October 21, 2025 (D.I. 58);

WHEREAS, Defendant Igloo Products Corporation ("Defendant") filed its Motion to Dismiss Consolidated Class Action Complaint (ECF No. 62 – the "Motion to Dismiss") and its Motion to Strike Nationwide Class Allegations Pursuant to Rule 23(d)(1)(D) (ECF No. 64 – the "Motion to Strike") on November 20, 2025;

WHEREAS, the parties previously stipulated that Plaintiffs' response to both the Motion to Dismiss and the Motion to Strike would be due December 22, 2025 and Defendant's replies would be due January 12, 2026 (ECF No. 66);

WHEREAS, the three-week period between December 22, 2025 and January 12, 2026 includes four business days on which Defendant's offices and Defendant's counsel's offices are closed for the holidays;

WHEREAS, due to this extended holiday schedule, Defendant's counsel requested a one-week extension to January 20, 2026 to file its replies in support of its Motion to Dismiss and Motion Strike in order to allow sufficient time to prepare its replies;

WHEREAS, the parties have conferred and have agreed that any replies filed by Defendant in support of its Motion to Dismiss and Motion to Strike will be due January 20, 2026.

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that:

1) Defendant's replies in support of the Motion to Dismiss Consolidated Class Action Complaint (ECF No. 62) and the Motion to Strike Nationwide Class Allegations Pursuant to Rule 23(d)(1)(D) (ECF No. 64) are due January 20, 2026.

Dated: December 12, 2025

| | |
|---|---|
| THE ROSNER LAW GROUP LLC | COZEN O'CONNOR |
| /s/ *Zhao Liu* | /s/ *Kaan Ekiner* |
| Frederick Brian Rosner (#3995) | Kaan Ekiner (#5607) |
| Zhao (Ruby) Liu (#6436) | 1201 North Market Street, Suite 1001 |
| 824 Market Street, Suite 810 | Wilmington, Delaware 19801 |
| Wilmington, DE 19801 | (302) 295-2046 |
| (302) 777-1111 | kekiner@cozen.com |
| rosner@teamrosner.com | |
| liu@teamrosner.com | Erica Rutner (*pro hac vice*) |
| | Michael Puretz (*pro hac vice*) |
| *Plaintiffs' Delaware Counsel* | 1801 N Military Trail, Suite 200 |
| | Boca Raton, Florida 33431 |
| TUSAN LAW, PC | (561) 245-6120 |
| Christina Tusan (pro hac vice) | erutner@cozen.com |
| Adrian Barnes (pro hac vice) | mpuretz@cozen.com |
| 680 E. Colorado Blvd. #180 | |
| Pasadena, CA 91101 | John A. Bertino (pro hac vice) |
| Telephone: (626) 418-8203 | 2001 M Street NW, Suite 500 |
| Facsimile: (626) 619-8253 | Washington, DC 20036 |
| ctusan@ctusanlaw.com | (202) 912-4881 |
| abarnes@ctusanlaw.com | jbertino@cozen.com |
| | |
| KAPLAN FOX & KILSHEIMER LLP | *Attorneys for Defendant* |
| Matthew B. George (*pro hac vice*) | *Igloo Products Corp*. |
| Laurence D. King (*pro hac vice*) | |
| Clarissa R. Olivares (*pro hac vice*) | |
| Walter Howe (*pro hac vice*) | |
| 1999 Harrison Street, Suite 1501 | |
| Oakland, CA 94612 | |

Telephone: (415) 772-4700
Facsimile:  (415) 772-4707
mgeorge@kaplanfox.com
lking@kaplanfox.com
colivares@kaplanfox.com
whowe@kaplanfox.com

*Interim Co-Lead Class Counsel*

SO ORDERED this _____ day of December 2025.

_____
UNITED STATES MAGISTRATE JUDGE

3