# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: IGLOO PRODUCTS COOLER RECALL LITIGATION | C.A. No.: 1:25-cv-00298-JLH CONSOLIDATED |

## REQUEST FOR ORAL ARGUMENT

Pursuant to D. Del. L.R. 7.1.4, Defendant Igloo Products Corp., by and through its undersigned counsel, requests oral argument on its *Motion to Dismiss the Consolidated Class Action Complaint* [D.I. 62] and *Motion to Strike Nationwide Class Allegations* [D.I. 64]. Briefing is now complete on both motions. [D.I. 63, 75, and 77; 65, 76, and 78].

**COZEN O'CONNOR**

Dated: January 23, 2026

*/s/ Kaan Ekiner*
Kaan Ekiner (#5607)
Hugh J. Marbury (#7427)
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
(302) 295-2000
kekiner@cozen.com
hmarbury@cozen.com

Erica Rutner (*pro hac vice*)
Michael Puretz (*pro hac vice*)
1801 N Military Trail, Suite 200
Boca Raton, Florida 33431
(561) 245-6120
erutner@cozen.com
mpuretz@cozen.com

John A. Bertino (*pro hac vice*)
2001 M Street NW, Suite 500
Washington, DC 20036
(202) 912-4881
jbertino@cozen.com

*Attorneys for Defendant,*
*Igloo Products Corp.*