**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: IGLOO PRODUCTS COOLER RECALL LITIGATION | ) ) ) | C.A. No.: 1:25-cv-00298-JLH CONSOLIDATED |

**NOTICE OF SERVICE**

**PLEASE TAKE NOTICE** that on Monday, February 9, 2026, *Defendant Igloo Products Corp.'s Amended Rule 26(a)(1) Initial Disclosures and Paragraph 3 Electronically Stored Information Disclosures* were electronically served on all counsel of record.

**COZEN O'CONNOR**

Dated: February 9, 2026

*<u>/s/ Kaan Ekiner</u>*

Kaan Ekiner (#5607)
Nathan Barillo (#5863)
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
(302) 295-2000
KEkiner@cozen.com
NBarillo@cozen.com

Erica Rutner (*pro hac vice*)
Michael Puretz (*pro hac vice*)
1801 N Military Trail, Suite 200
Boca Raton, Florida 33431
(561) 245-6120
ERutner@cozen.com
MPuretz@cozen.com

John A. Bertino (*pro hac vice*)
Chad Kurtz (*pro hac vice*)
2001 M Street NW, Suite 500
Washington, DC 20036
(202) 912-4881
JBertino@cozen.com
CKurtz@cozen.com

*Counsel for Defendant,*
*Igloo Products Corp.*