**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: IGLOO PRODUCTS COOLER RECALL LITIGATION | ) ) ) | C.A. No.: 1:25-cv-00298-JLH CONSOLIDATED |

**NOTICE OF SERVICE**

**PLEASE TAKE NOTICE** that on Thursday, February 26, 2026, the following written discovery requests were electronically served on all counsel of record:

1. Defendant Igloo Products Corp.'s First Set of Interrogatories to Plaintiff Jose Barragan;

2. Defendant Igloo Products Corp.'s First Set of Requests for Production to Plaintiff Jose Barragan;

3. Defendant Igloo Products Corp.'s First Set of Interrogatories to Plaintiff Robert Castellano;

4. Defendant Igloo Products Corp.'s First Set of Requests for Production to Plaintiff Robert Castellano;

5. Defendant Igloo Products Corp.'s First Set of Interrogatories to Plaintiff Vy Nguyen;

6. Defendant Igloo Products Corp.'s First Set of Requests for Production to Plaintiff Vy Nguyen;

7. Defendant Igloo Products Corp.'s First Set of Interrogatories to Plaintiff Kristen Riffle;

8. Defendant Igloo Products Corp.'s First Set of Requests for Production to Plaintiff Kristen Riffle;

9. Defendant Igloo Products Corp.'s First Set of Interrogatories to Plaintiff Kathryn Trainor;

10. Defendant Igloo Products Corp.'s First Set of Requests for Production to Plaintiff Kathryn Trainor;

11. Defendant Igloo Products Corp.'s First Set of Interrogatories to Plaintiff Anthony Zannetino; and

12. Defendant Igloo Products Corp.'s First Set of Requests for Production to Plaintiff Anthony Zannetino

Dated: February 26, 2026

**COZEN O'CONNOR**

/s/ Kaan Ekiner
Kaan Ekiner (#5607)
Hugh J. Marbury (#7427)
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
(302) 295-2000
KEkiner@cozen.com
HMarbury@cozen.com

Erica Rutner (*pro hac vice*)
Michael Puretz (*pro hac vice*)
1801 N Military Trail, Suite 200
Boca Raton, Florida 33431
(561) 245-6120
ERutner@cozen.com
MPuretz@cozen.com

John A. Bertino (*pro hac vice*)
Chad Kurtz (*pro hac vice*)
2001 M Street NW, Suite 500
Washington, DC 20036
(202) 912-4881
JBertino@cozen.com
CKurtz@cozen.com

*Counsel for Defendant,*
*Igloo Products Corp.*