**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **IN RE IGLOO PRODUCTS COOLER RECALL LITIGATION** | C.A. No.: 1:25-cv-00298-JLH-EGT CONSOLIDATED |

**NOTICE OF SERVICE**

I, Zhao Liu, hereby certify that, on April 13, 2026, the documents entitled:

- Plaintiff Jose Barragan's Responses and Objections to Defendant's First Set of Requests for Production of Documents
- Plaintiff Robert Castellano's Responses and Objections to Defendant's First Set of Requests for Production of Documents
- Plaintiff Vy Nguyen's Responses and Objections to Defendant's First Set of Requests for Production of Documents
- Plaintiff Kristen Riffle's Responses and Objections to Defendant's First Set of Requests for Production of Documents
- Plaintiff Kathryn Trainor's Responses and Objections to Defendant's First Set of Requests for Production of Documents
- Plaintiff Anthony Zannettino's Responses and Objections to Defendant's First Set of Requests for Production of Documents
- Plaintiff Jose Barragan's Responses and Objections to Defendant's First Set of Interrogatories
- Plaintiff Robert Castellano's Responses and Objections to Defendant's First Set of Interrogatories

- Plaintiff Vy Nguyen's Responses and Objections to Defendant's First Set of Interrogatories
- Plaintiff Kristen Riffle's Responses and Objections to Defendant's First Set of Interrogatories
- Plaintiff Kathryn Trainor's Responses and Objections to Defendant's First Set of Interrogatories
- Plaintiff Anthony Zannettino's Responses and Objections to Defendant's First Set of Interrogatories

were served via electronic mail upon the parties listed below:

Hugh J. Marbury, Esq.
Kaan Ekiner, Esq.
COZEN O'CONNOR
1201 North Market Street, Suite 1001
Wilmington, DE 19801
(302) 295-2046
kekiner@cozen.com
hmarbury@cozen.com

Erica Rutner, Esq.
Michael Puretz, Esq.
COZEN O'CONNOR
1801 N Military Trail, Suite 200
Boca Raton, FL 33431
(561) 245-6120
erutner@cozen.com
mpuretz@cozen.com

John A. Bertino, Esq.
COZEN O'CONNOR
2001 M Street NW, Suite 500
Washington, DC 20036
(202) 912-4881
jbertino@cozen.com

*Counsel to Defendant Igloo Products Corp.*

Respectfully submitted,

**THE ROSNER LAW GROUP LLC**

DATED: April 14, 2026

*/s/ Zhao Liu*

Frederick B. Rosner (DE 3995)
Zhao (Ruby) Liu (DE 6436)
824 Market Street, Suite 810
Wilmington, DE 19801
Phone: (302) 777-1111
*Email: rosner@teamrosner.com*
*E-mail: liu@teamrosner.com*

*Plaintiffs' Delaware Counsel*

**TUSAN LAW, PC**
Christina Tusan (*pro hac vice*)
*ctusan@ctusanlaw.com*
Adrian Barnes (*pro hac vice)*
*abarnes@ctusanlaw.com*
680 E. Colorado Blvd. #180
Pasadena, CA 91101
Telephone: (626) 418-8203
Facsimile: (626) 619-8253

**KAPLAN FOX & KILSHEIMER LLP**
Matthew B. George (*pro hac vice*)
*mgeorge@kaplanfox.com*
Laurence D. King (*pro hac vice*)
*lking@kaplanfox.com*
Clarissa R. Olivares (*pro hac vice*)
*colivares@kaplanfox.com*
Walter Howe (*pro hac vice*)
*whowe@kaplanfox.com*
1999 Harrison Street, Suite 1501
Oakland, CA 94612
Telephone: (415) 772-4700
Facsimile: (415) 72-4707

*Interim Co-Lead Class Counsel*