**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: IGLOO PRODUCTS COOLER RECALL LITIGATION | ) ) ) | C.A. No.: 1:25-cv-00298-JLH CONSOLIDATED |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

PLEASE TAKE NOTICE that Nathan D. Barillo, Esquire, of Pierson Ferdinand, hereby withdraws his appearance as counsel for Defendant, Igloo Products Corp., in the above-referenced case. Defendant, Igloo Products Corp. continues to be represented by Cozen O'Connor.

**PIERSON FERDINAND**

Dated: May 11, 2026

*/s/ Nathan D. Barillo*

Nathan D. Barillo (#5863)
CSC Station
112 S. French Street
Wilmington, DE 19801
(302) 204-6281
Nathan. Barillo@pierferd.com

*Withdrawing Counsel to Defendant, Igloo Products Corp.*