**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **IN RE IGLOO PRODUCTS COOLER RECALL LITIGATION** | Civil Action No.: 1:25-cv-00298-JLH-EGT<br><br>CONSOLIDATED |

**STIPULATION AND [PROPOSED] ORDER DISMISSING WITHOUT PREJUDICE
PLAINTIFFS' CLAIMS UNDER THE MAGNUSON-MOSS WARRANTY ACT**

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel for the Parties, subject to the approval of the Court, as follows:

Plaintiffs' Consolidated Class Action Complaint, filed on October 21, 2025, asserts a claim for relief for Count I – Violation of the Magnuson-Moss Warranty Act ("MMWA"), 15 U.S.C. § 2301 *et seq.* ECF No. 58 at pp. 26-29, ¶¶ 129-54.

On May 8, 2026, the Court Ordered as follows:

> that, on or before May 15, 2026, Plaintiffs shall either (1) stipulate to dismissal of their claims under the Magnuson-Moss Warranty Act ('MMWA'), 15 U.S.C. § 2301 *et seq.*, or (2) SHOW CAUSE for why those claims should not be dismissed for lack of subject matter jurisdiction because 'the number of named plaintiffs is less than one hundred,' 15 U.S.C. § 2310(d)(3)(C). *See Rowland v. Bissell Homecare, Inc.*, 73 F.4th 177, 182 (3d Cir. 2023) ('Because the prerequisites [of § 2310(d)(3)(C)] are not satisfied, there is no federal jurisdiction under the MMWA.'); *Williams v. Samsung Elecs. Am., Inc.*, No. 23CV989 (EP) (JRA), 2024 WL 1328133, at *5 (D.N.J. Mar. 28, 2024) ('Thus, in a class action case, the Court can exercise jurisdiction 'only if' there are 'at least 100' named plaintiffs.'); *see also Costa v. Whirlpool Corp.*, C.A. No. 24-188-MN, 2025 WL 885245, at *13-14 (D. Del. Mar. 21, 2025). Plaintiffs' response shall be limited to two (2) pages in no less than 12-point font, and there will be no further submissions on this issue without

1

leave of Court."

ECF No. 84.

Pursuant to the Court's order, the Parties jointly stipulate and move the Court for an order dismissing Plaintiffs' claims under the MMWA without prejudice as to Defendant Igloo Products Corp.

Respectfully submitted this 14th day of May, 2026.

**COZEN O'CONNOR**

*/s/ Kaan Ekiner*
Kaan Ekiner (DE 5607)
Hugh J. Marbury (DE 7427)
1201 North Market St., Ste. 1001
Wilmington, DE 19801
Telephone: (302) 295-2046
*kekiner@cozen.com*
*hmarbury@cozen.com*

**COZEN O'CONNOR**
Erica Rutner (*pro hac vice*)
Michael Puretz ((*pro hac vice*)
501 E. Las Olas Blvd. Suite 300
Fort Lauderdale, FL 33301
Telephone: (561) 750-3850
*erutner@cozen.com*
*mpuretz@cozen.com*

**COZEN O'CONNOR**
John A. Bertino (*pro hac vice*)
2001 M Street NW, Suite 500
Washington, D.C. 20036
Telephone: (202) 912-4800
*jbertino@cozen.com*

*Attorneys for Defendant Igloo Products Corp.*

**THE ROSNER LAW GROUP LLC**

*/s/ Zhao Liu*
Frederick B. Rosner (DE 3995)
Zhao (Ruby) Liu (DE 6436)
824 Market Street, Suite 810
Wilmington, DE 19801
Telephone: (302) 777-1111
*rosner@teamrosner.com*
*liu@teamrosner.com*

*Plaintiffs' Delaware Counsel*

**TUSAN LAW, PC**
Christina Tusan (*pro hac vice*)
Adrian Barnes (*pro hac vice)*
680 E. Colorado Blvd. #180
Pasadena, CA 91101
Telephone: (626) 418-8203
Facsimile:  (626) 619-8253
*ctusan@ctusanlaw.com*
*abarnes@ctusanlaw.com*

**KAPLAN FOX & KILSHEIMER LLP**
Matthew B. George (*pro hac vice*)
Laurence D. King (*pro hac vice*)
Clarissa R. Olivares (*pro hac vice*)
Walter Howe (*pro hac vice*)
1999 Harrison Street, Suite 1501
Oakland, CA 94612
Telephone: (415) 772-4700
Facsimile:  (415) 72-4707
*mgeorge@kaplanfox.com*
*lking@kaplanfox.com*
*colivares@kaplanfox.com*

2

*whowe@kaplanfox.com*

*Interim Co-Lead Class Counsel*

SO ORDERED this _____ day of May 2026.

_____
UNITED STATES MAGISTRATE JUDGE