**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE IGLOO PRODUCTS COOLER RECALL LITIGATION | C.A. No. 1:25-cv-00298-JLH-EGT CONSOLIDATED |

# ENTRY OF APPEARANCE

**PLEASE TAKE NOTICE THAT** Chan (Cora) Dong and Zichen (Chen) Jiang, Esq. of THE ROSNER LAW GROUP LLC hereby enter appearance as counsel to Anthony Zannettino, Kathryn Trainor, Robert Castellano and Vy Nguyen (collectively, the "Plaintiffs") and request that all notices given or required to be given and all papers served or required to be serviced in this case, be delivered to and served upon the counsel set forth in the signature block below. Frederick B. Rosner and Zhao (Ruby) Liu of THE ROSNER LAW GROUP LLC, Christina Tusan, Esq. and Adrian Barnesand, Esq. of TUSAN LAW, PC and Matthew B. George, Esq., Laurence D. King, Esq., Walter Howe, Esq. and Clarissa Olivares, Esq. of KAPLAN FOX & KILSHEIMER LLP will remain as counsel to Plaintiffs.

Date: May 20, 2026
Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

By: *_/s/ Chan Dong_*
Chan (Cora) Dong (DE 7393)
Zichen (Chen) Jiang (DE 7686)
824 N. Market Street, Suite 810
Wilmington, Delaware 19801
Phone: (302) 777-1111
Email: dong@teamrosner.com
Email: jiang@teamrosner.com

*Counsel for Anthony Zannettino, Kathryn Trainor, Robert Castellano and Vy Nguyen*