## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

IN RE IGLOO PRODUCTS COOLER      :
RECALL LITIGAION      :

     :   Civil Action No.: 1:25-cv-00298-JLH-EGT

     :

     :   CONSOLIDATED

### NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that Plaintiffs, Kelsea Holton and Luis Miranda, by and through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismiss their claims against Defendant Igloo Products Corp. in this action without prejudice.

Dated: May 20, 2026           **COOCH AND TAYLOR P.A.**

*/s/ R. Grant Dick IV*
R. Grant Dick IV (#5123)
1000 N. West Street, Suite 1500
Wilmington, DE 19801
Telephone: 302-984-3800
E-Mail: gdick@coochtaylor.com

Yeremey O. Krivoshey (Cal. SBN 295032)
SMITH KRIVOSHEY, PC
(*pro hac vice*)
28 Geary Street Suite 650 #1507
San Francisco, CA 94108
Telephone: 415-839-7077
Facsimile: (888) 410-0415
E-Mail: yeremey@skclassactions.com

Joel D. Smith (Cal. SBN 95598)
SMITH KRIVOSHEY, PC
(*pro hac vice*)
867 Boylston Street 5th Floor #1520
Boston, MA 02116
Telephone: 617-377-7404
Facsimile: (888) 410-0415
E-Mail: joel@skclassactions.com

*Attorneys for Holton and Miranda*