**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE IGLOO PRODUCTS COOLER RECALL LITIGATION | C.A. No. 1:25-cv-00298-JLH-EGT CONSOLIDATED |

**STIPULATION REGARDING EXTENSION OF THE DEADLINE
TO SUBSTANTIALLY COMPLETE THE DOCUMENT PRODUCTION**

WHEREAS, the deadline for document productions to be substantially completed in this action is currently July 13, 2026. *See* ECF No. 71 at ¶ (7)(b).

WHEREAS, since the receipt of Plaintiffs' Requests for Production, Igloo has committed substantial resources to reviewing potentially responsive documents. Thus far, Igloo has reviewed approximately half a million documents and has made ongoing rolling productions to Plaintiffs (notwithstanding the pendency of its Motion to Dismiss). Even with the substantial resources Igloo has committed to conduct this review, there remain a significant number of documents left to review.

WHEREAS, the deadline for fact discovery is not until October 26, 2026. *See id.* at ¶ 7(a).

WHEREAS, the parties further stipulate that Plaintiffs may need to request that this Court modify certain other deadlines to accommodate Plaintiffs' need for time to review the documents, confer with experts, and take depositions. Igloo will not oppose this request to the extent it is reasonable under the circumstances. The Parties will meet and confer on any further changes to the schedule prior to proposing any changes to this Court in the future.

WHEREAS, in light of the above, the Parties stipulate that the deadline to substantially complete the document productions be extended to September 1, 2026.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties, by and through their undersigned counsel and subject to the approval of the Court, that the deadline

to substantially complete the document productions be extended to September 1, 2026.

Dated: July 7, 2026

**THE ROSNER LAW GROUP LLC**

*/s/ Zhao (Ruby) Liu*
Frederick Brian Rosner (#3995)
Zhao (Ruby) Liu (#6436)
824 Market Street, Suite 810
Wilmington, DE 19801
(302) 777-1111
rosner@teamrosner.com
liu@teamrosner.com

**TUSAN LAW, PC**
Christina Tusan (*pro hac vice*)
Adrian Barnes (*pro hac vice*)
680 E. Colorado Blvd. #180
Pasadena, CA 91101
(626) 418-8203
ctusan@ctusanlaw.com
abarnes@ctusanlaw.com

**KAPLAN FOX & KILSHEIMER LLP**
Matthew B. George (*pro hac vice*)
Laurence D. King (*pro hac vice*)
Clarissa R. Olivares (*pro hac vice*)
Walter Howe (*pro hac vice*)
1999 Harrison Street, Suite 1501
Oakland, CA 94612
(415) 772-4700
mgeorge@kaplanfox.com
lking@kaplanfox.com
colivares@kaplanfox.com
whowe@kaplanfox.com

*Attorneys for Plaintiffs*

**COZEN O'CONNOR**

*/s/ Kaan Ekiner*
Hugh J. Marbury (#7427)
Kaan Ekiner (#5607)
1201 North Market St., Ste. 1001
Wilmington, DE 19801
(302) 295-2046
kekiner@cozen.com
hmarbury@cozen.com

Erica Rutner (*pro hac vice*)
Michael Puretz (*pro hac vice*)
501 East Las Olas Blvd, Suite 300
Fort Lauderdale, FL 33301
(561) 245-6120
erutner@cozen.com
mpuretz@cozen.com

John A. Bertino (*pro hac vice*)
2001 M Street NW, Suite 500
Washington, DC 20036
(202) 912-4881
jbertino@cozen.com

*Attorneys for Defendant*
*Igloo Products Corp.*

SO ORDERED this _____ day of _____ 2026.

_____
UNITED STATES MAGISTRATE JUDGE