**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **IN RE IGLOO PRODUCTS COOLER RECALL LITIGATION** | Civil Action No.: 1:25-cv-00298-JLH-EGT<br><br>CONSOLIDATED |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

WHEREAS, on October 21, 2025, Plaintiffs filed the Consolidated Class Action Complaint in this matter. *See* ECF No. 58.

WHEREAS, on November 20, 2025 Defendant filed a Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint, ECF No. 62, which is fully briefed and pending before the Court.

WHEREAS, on December 12, 2025, the Court issued the initial Scheduling Order, ECF No. 71, setting discovery, expert, and class certification deadlines.

WHEREAS, on December 22, 2025 Plaintiffs served Requests for Production and Interrogatories on Defendant.

WHEREAS, on February 26, 2026 Defendant served Requests for Production and Interrogatories on Plaintiffs.

WHEREAS, since the receipt of Plaintiffs' Requests for Production, Igloo has made ongoing rolling productions of over 38,000 electronic documents to Plaintiffs. Igloo is also still reviewing a significant number of additional documents for production.

WHEREAS, September 1, 2026, is the current the deadline for substantial completion of

document production in this action, extended from prior deadline of July 13, 2026, by the order of the Court granting the Parties' stipulation to so extend. *See* ECF No. 91; July 14, 2026, Minute Order.

WHEREAS, Plaintiffs are in the process of reviewing Defendant's production and engaging in follow-up, including of a recent large production of approximately 31,745 documents made on July 11, 2026.

WHEREAS, the Parties previously stipulated that Plaintiffs may request this Court modify certain other deadlines to accommodate Plaintiffs' need for time to review Defendant's document production, confer with experts, and take depositions; that Igloo would not oppose this request to the extent it is reasonable under the circumstances; and the Parties would meet and confer on any further changes to the schedule prior to proposing any changes to this Court in the future. *See* ECF No. 91; July 14, 2026, Minute Order.

WHEREAS, even with the substantial resources Plaintiffs has committed to review Igloo's document production, Plaintiffs will require additional time to review the documents, confer with experts, and take depositions than the current schedule allows.

WHEREAS, the Parties have met and conferred and have agreed that continuing the current discovery, expert and class certification deadlines schedule by approximately 60-90 days will allow the Parties to complete sufficient discovery to pursue class certification and dispositive motions on a full record.

WHEREAS, below is a chart containing the current remaining proposed deadlines set by the Court's scheduling order, ECF No. 71 at ¶ 7, and the new proposed deadlines the Parties stipulate to continuing current case deadlines to:

| Event | Prior Deadline | Revised Deadline |
| --- | --- | --- |
| Deadline for production to be substantially complete | September 1, 2026 (ECF No. 91) | Same |
| Fact discovery cutoff | October 26, 2026 | January 29, 2027 |
| Deadline for Plaintiffs' and Defendant's initial Federal Rule of Civil Procedure 26(a)(2) disclosure of expert testimony | November 30, 2026 | February 26, 2027 |
| Deadline for Plaintiffs' and Defendant's disclosure of rebuttal expert testimony | February 1, 2027 | April 2, 2027 |
| Expert discovery cutoff | March 16, 2027 | April 30, 2027 |
| Deadline for motion for class certification | April 5, 2027 | May 24, 2027 |
| Deadline for case dispositive motion | 30 days after Court issues order on class certification | Same |
| Further Status/Scheduling Conference | A date, convenient to the Court, approximately 30 days after Court issues order on class certification | Same |
| Pretrial conference | A date, convenient to the Court, approximately four months after any dispositive motion is filed | Same |
| First day of trial | Seven days after the pretrial conference | Same |

WHEREAS, the scheduling order in the action tethers the timing of case dispositive motions, further status/scheduling conference, pretrial conference, and trial date to the date the Court issues an order on class certification, and the Parties do not seek a modification of the scheduling order in this regard. *See* ECF No. 71 at ¶¶ 10(a); 11; 14.

WHEREAS, pursuant to Local Rule 16.4(b), the undersigned counsel have sent a copy of this request to their respective clients.

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel for the Parties, subject to the approval of the Court, the schedule will be modified as follows: the deadline for completion of fact discovery in this action be extended to January 29, 2027; the deadline for Plaintiffs' and Defendant's initial Federal Rule of Civil Procedure 26(a)(2) disclosure of expert testimony in this action be extended to February 26, 2027; the deadline for Plaintiffs' and Defendant's disclosure of rebuttal expert testimony in this action be extended to April 2, 2027; the deadline for completion of expert discovery in this action be extended to April 30, 2027; and the deadline for Plaintiffs to file their motion for class certification in this action be extended to May 24, 2027.

Respectfully submitted this 5th day of August, 2026.

**COZEN O'CONNOR**

*/s/ Kaan Ekiner*
Kaan Ekiner (DE 5607)
Hugh J. Marbury (DE 7427)
1201 North Market St., Ste. 1001
Wilmington, DE 19801
Telephone: (302) 295-2046
*kekiner@cozen.com*
*hmarbury@cozen.com*

**COZEN O'CONNOR**
Erica Rutner (*pro hac vice*)
Michael Puretz (*pro hac vice*)
501 E. Las Olas Blvd. Suite 300
Fort Lauderdale, FL 33301
Telephone: (561) 750-3850
*erutner@cozen.com*
*mpuretz@cozen.com*

**COZEN O'CONNOR**
John A. Bertino (*pro hac vice*)

**THE ROSNER LAW GROUP LLC**

*/s/ Zhao Liu*
Frederick B. Rosner (DE 3995)
Zhao (Ruby) Liu (DE 6436)
824 Market Street, Suite 810
Wilmington, DE 19801
Telephone: (302) 777-1111
*rosner@teamrosner.com*
*liu@teamrosner.com*

**TUSAN LAW, PC**
Christina Tusan (*pro hac vice*)
Adrian Barnes (*pro hac vice)*
680 E. Colorado Blvd. #180
Pasadena, CA 91101
Telephone: (626) 418-8203
Facsimile: (626) 619-8253
*ctusan@ctusanlaw.com*
*abarnes@ctusanlaw.com*

**KAPLAN FOX & KILSHEIMER LLP**

2001 M Street NW, Suite 500
Washington, D.C. 20036
Telephone: (202) 912-4800
*jbertino@cozen.com*

*Attorneys for Defendant Igloo Products Corp.*

Matthew B. George (*pro hac vice*)
Laurence D. King (*pro hac vice*)
Clarissa R. Olivares (*pro hac vice*)
Walter Howe (*pro hac vice*)
1999 Harrison Street, Suite 1501
Oakland, CA 94612
Telephone: (415) 772-4700
Facsimile: (415) 72-4707
*mgeorge@kaplanfox.com*
*lking@kaplanfox.com*
*colivares@kaplanfox.com*
*whowe@kaplanfox.com*

*Interim Co-Lead Class Counsel*

SO ORDERED this _______ day of _______ 2026.

____________________________________

UNITED STATES MAGISTRATE JUDGE