**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE IGLOO PRODUCTS COOLER RECALL LITIGATION | C.A. No. 1:25-cv-00298-JLH-EGT CONSOLIDATED |

**CERTIFICATION PURSUANT TO THE STANDING ORDER FOR OBJECTIONS FILED UNDER FEDERAL RULE OF CIVIL PROCEDURE 72**

Pursuant to Paragraph 5 of the Court's Standing Order for Objections Filed Under Federal Rule of Civil Procedure 72, dated March 7, 2022, and in response to the Court's Deficiency Notice, the undersigned counsel for Defendant Igloo Products Corp. ("Igloo") submits this Certification with respect to Igloo's Limited Objection to the Report and Recommendation (D.I. 95) (the "Objection") and certifies as follows:

1. The Objection does not raise new/legal factual arguments.

2. The Objection cites to one new case that was not before the Magistrate Judge because it was issued after briefing closed: *Avalos v. Sig Sauer, Inc.*, No. CV 25-451, 2021 WL 1431203 (E.D. Pa. May 21, 2026). *Avalos* is intervening authority that supports the same arguments Igloo previously advanced, and does not constitute a new legal or factual argument. To the extent this Court considers Igloo's reliance on *Avalos* to be a new argument, good cause exists because *Avalos* was decided on May 21, 2026, after briefing on the Motion to Dismiss closed on January 20, 2026, and therefore could not have been presented to the Magistrate Judge, even though the decision was issued before the Report and Recommendation was entered on September 24, 2026.

Dated: October 7, 2026

Respectfully submitted,

**COZEN O'CONNOR**

*/s/ Hugh J. Marbury*
Kaan Ekiner (#5607)
Hugh J. Marbury (#7427)
1201 North Market St., Ste. 1001
Wilmington, DE 19802
(302) 295-2046
KEkiner@Cozen.com
HMarbury@Cozen.com

Erica Rutner (*Pro Hac Vice*)
Michael Puretz (*Pro Hac Vice*)
501 E. Las Olas Blvd. Ste. 300
Fort Lauderdale, FL 33301
(561) 750-3850
ERutner@Cozen.com
MPuretz@Cozen.com

John A. Bertino (*Pro Hac Vice*)
2001 M Street NW, Ste. 500
Washington, D.C. 20036
(202) 912-4800
JBertino@Cozen.com

*Attorneys for Defendant*
*Igloo Products Corp.*